■ In the Matter of JAMAAL COLESON, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [932 NYS2d 757]—

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Smith, Centra, Green and Gorski, JJ.

■ In the Matter of MICHAEL ARGENTIERI, Petitioner, v SUSAN CONNELL, Superintendent, Oneida Correctional Facility, Respondent. [932 NYS2d 742]—

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Smith, Centra, Green and Gorski, JJ.